**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Heriberto Berumen LUNA, also known as Beto, Defendant–Appellant.**

No. 14–10673
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

June 12, 2015.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Camille M. Knight, Dallas, TX, for Defendant–Appellant.

Heriberto Berumen Luna, Seagoville, TX, pro se.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before PRADO, OWEN, and GRAVES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Heriberto Berumen Luna has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Luna has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Luna's claim of ineffective assistance of counsel; we therefore decline to consider the claim without prejudice to collateral review. *See United States v. Isgar,* 739 F.3d 829, 841 (5th Cir.), *cert. denied,* —— U.S. ——, 135 S.Ct. 123, 190 L.Ed.2d 94 (2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Luna's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Luna's pro se request for counsel's removal is DENIED as unnecessary, and his request for appointment of new counsel is DENIED as untimely. *Cf. United States v. Wagner,* 158 F.3d 901, 902–03 (5th Cir. 1998).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.